Edouard V. Rosa, State Bar #108600  **JS-6**
LAW OFFICES OF EDOUARD V. ROSA
28047 Dorothy Drive, Suite 305
Agoura Hills, California 91301
Telephone: (818) 735-0590
Facsimile: (818) 735-0594
E-mail: evrosalaw@att.net

Attorney for Plaintiff and Counterdefendant
AMH SALES, INC. d.b.a. PMI AUDIO GROUP

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMH SALES, INC. d.b.a. PMI AUDIO GROUP, a California corporation,<br><br>           Plaintiff,<br>     v.<br><br>TRIDENT AUDIO LIMITED, a United Kingdom company; JOHN ORAM, an individual and DOES 1 Through 10, inclusive,<br><br>           Defendants.<br>_____<br>TRIDENT AUDIO LIMITED, a United Kingdom company,<br><br>           Counterclaimant,<br>     v.<br><br>AMH SALES, INC. d.b.a. PMI AUDIO GROUP, a California corporation<br><br>           Counterdefendant. | Case No. CV 06-723 VBF (JTLx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

//

//

AMH/201-330/078

1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Pursuant to the parties' stipulation, the Court hereby ORDERS the above-entitled
3  action DISMISSED, with prejudice, and with all parties to bear their own attorney's fees
4  and costs, including all complaints and counterclaims as to all parties.

6  DATE: October 8, 2008        *Valerie Baker Fairbank*
                                    UNITED STATES DISTRICT JUDGE